UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  
DARIN J BERRY  
SHARON INEZ BERRY

CASE NO. 04-74365-TJT  
CHAPTER 13 PROCEEDINGS  
HON. THOMAS J. TUCKER

_____ Debtors _____

# NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| DARIN J BERRY<br>SHARON INEZ BERRY<br>4525 FRAZHO<br>WARREN, MI 48091-0000<br>SSN: XXX-XX-0669 or XXX-XX-3569 | N/A | N/A | DEBTOR REFUND | 1354539 | 3/18/11 | $ 18.80 |

DATED: March 28, 2011

/s/ TAMMY L. TERRY  
TAMMY L. TERRY, STANDING  
CHAPTER 13 TRUSTEE  
535 GRISWOLD  
SUITE 2100  
DETROIT, MI 48226

CHAPTER 13 TRUSTEE-TLT-DETROIT
535 GRISWOLD ST, STE 111-615
DETROIT, MICHIGAN 48226

0474365 00000 07414 1354539
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 03/18/2011
Payee: CLERK OF US BANKRUPTCY COURT
Check No: 1354539

| 0474365 | DARIN J BERRY & SHARON INEZ BERRY | | | | |
|---|---|---|---|---|---|
| ACCT: | CLAIM: 00000 TYPE: | Balance: | 18.80 0.00 | 0.00 0.00 | 18.80 |

---

TAMMY L. TERRY
TRUSTEE

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
535 Griswold St, Ste 111-615
Detroit, MI 48226
(313)967-9857

64-79
611

CHECK NO. 1354539
SunTrust Bank

FOR DARIN J BERRY and SHARON INEZ BERRY
BK:0474365 ACCT:
PRIN: 18.80 INT: 0.00

DATE Mar 18, 2011
AMOUNT
*********18.80

PAY **18.80**
Eighteen And 80 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT
TRUST ACCOUNT

VOID OVER $18.80
VOID 90 DAYS AFTER DATE

TO THE ORDER OF
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

*Tammy L. Terry*
Chapter 13 Trustee

⑈1354539⑈ ⑆061100790⑆000000575151⑈

04-74365-tjt    Doc 81    Filed 04/06/11    Entered 04/06/11 10:45:06    Page 2 of 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  
DARIN J BERRY  
SHARON INEZ BERRY

CASE NO. 04-74365-TJT  
CHAPTER 13 PROCEEDINGS  
HON. THOMAS J. TUCKER

_____ Debtors
_____

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**SOPHIE MODELSKI**  
**8326 E TWELVE MILE RD**  
**WARREN, MI  48093**

**Last Known Address for Debtors:**

**DARIN J BERRY**  
**SHARON INEZ BERRY**  
**4525 FRAZHO**  
**WARREN, MI  48091**

DATED: March 28, 2011

/s/ TAMMY L. TERRY  
TAMMY L. TERRY, STANDING  
CHAPTER 13 TRUSTEE  
535 GRISWOLD  
SUITE 2100  
DETROIT, MI 48226